**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christopher S. Friend                                    CHAPTER 13
                Debtor(s)

                                                                BKY. NO. 23-13667 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates, Series 2006-FRE1 and index same on the master mailing list.

      Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
06 Dec 2023, 12:31:40, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 4c61baa360ea55f571d1f1e43969623d3a2044659f757de1cf658a435b026c65