Certificate Number: 03088-PAE-DE-038136460

Bankruptcy Case Number: 23-13667



03088-PAE-DE-038136460

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 28, 2024</u>, at <u>8:36</u> o'clock <u>PM CST</u>, <u>Christopher S Friend</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>January 28, 2024</u>          By:     <u>/s/Doug Tonne</u>

                                        Name:   <u>Doug Tonne</u>

                                        Title:   <u>Counselor</u>