### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher S. Friend <br> _Debtor(s)_ | CHAPTER 13 |
| U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates, Series 2006-FRE1 <br> _Moving Party_ <br> vs. | NO. 23-13667 PMM <br><br> 11 U.S.C. Section 362 |
| Christopher S. Friend <br> _Debtor(s)_ | |
| Kenneth E. West <br> _Trustee_ | |

### ORDER

AND NOW, this 6th day of December, 2024 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
United States Bankruptcy Judge