United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-13667-djb
Christopher S Friend  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Mar 12, 2025      Form ID: pdf900      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher S Friend, 12 Aspen Ct, Newtown, PA 18940-3217 |
| 14836878 | + | U.S. Bank Trust Company, C/O Mark A. Cronin, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 13 2025 01:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| NONE | + | Email/Text: steve@needlelawyer.com | Mar 13 2025 01:34:00 | G.H. Harris Associates, Inc., c/o Stephen L. Needles, Esq., 80 N. 2nd Street Pike, Churchville, PA 18966-1057 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 01:31:18 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| 14847647 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 01:16:02 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14836009 | + | Email/Text: bk@avant.com | Mar 13 2025 01:36:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 14836010 | | Email/Text: cfcbackoffice@contfinco.com | Mar 13 2025 01:34:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14836011 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 13 2025 01:16:02 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14861349 | + | Email/Text: steve@needlelawyer.com | Mar 13 2025 01:34:00 | G.H. Harris Associates, Inc., C/O Stephen L. Needles, Esquire, 80 North 2nd Streer Pike, Churchville, PA 18966-1057 |
| 14836012 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 13 2025 01:34:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14848537 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2025 01:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14847265 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 01:55:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14836013 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2025 01:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14838513 | | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2025 01:35:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14836014 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 13 2025 01:36:00 | Select Portfolio Servicing, Inc., PO Box 65250, |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 12, 2025 | Form ID: pdf900 | Total Noticed: 17

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 14854591 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Mar 13 2025 01:36:00 | | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14836015 | | Whispering Woods Homeowners Association |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:

**Name** | **Email Address**

BRAD J. SADEK
on behalf of Debtor Christopher S Friend brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

STEPHEN L. NEEDLES
on behalf of G.H. Harris Associates  Inc. steve@needlelawyer.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Christopher S Friend<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 23-13667 |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order

**Date: March 12, 2025**

_____
Honorable Derek J. Baker
Bankruptcy Judge